UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORCEIA DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, N.A., NBS DEFAULT SERVICES, LLC, TITLE 365 and DOES 1 THROUGH 20, inclusive,<br><br>　　　　　Defendants. | No. 2:16-cv-00890 JAM AC<br><br><br>ORDER TO SHOW CAUSE |

　　　　Defendant Wells Fargo, N.A., filed a Motion to Dismiss the Complaint in this matter. ECF 3, and a Request for Judicial Notice of documents, ECF 4, on May 5, 2016.  The motions were calendared for hearing on June 15, 2016.

　　　　Eastern District of California Local Rule ("LR") 230, which controls the procedures for the court's calendar and procedure, directs that the opposing party file an opposition to the motion "in writing," and that such opposition "shall be filed and *served not less than fourteen (14) days preceding the noticed . . . hearing date*."  If the non-moving party has no opposition to a grant of the motion, they are to "serve and file a statement to that effect, specifically designating the motion in question."  LR 230(c)(emphasis added).  Because the hearing date for the Motion to Dismiss is June 15, 2016, the opposition, or statement of non-opposition, was due on June 1, 2016.  The court has received neither.

In light of the foregoing, the court orders as follows:

Plaintiff Corceia Davis must file a response to this Order showing good cause why her Complaint should not be dismissed for failure to prosecute, in accordance with the Rules of this Court. This filing must occur on or before June 15, 2016.

**IT IS SO ORDERED.**

DATED: June 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE