Leigh O. Curran (# 173322)
  lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., ("Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORECIA DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, TITLE 365 and DOES 1 THROUGH 20, inclusive,<br><br>        Defendants. | CASE NO.: 2:16-cv-00890-JAM-AC<br><br>**ORDER RE: STIPULATION RE: MOTION FOR PRELIMINARY INJUNCTION**<br><br>**DATE:**  September 14, 2015<br>**TIME:**  10:00 a.m.<br>**COURTROOM:** 26, 8TH Floor |

The Court has considered the stipulation entered into between Corecia Davis, plaintiff in pro se, and counsel for defendant Wells Fargo Bank, N.A. Good cause appearing, the Court orders:

NOW, THEREFORE, Wells Fargo agrees to postpone the trustee's sale until September 21, 2016, and the parties therefore stipulate and agree to a hearing on Plaintiffs' motion and briefing in accordance with the schedule set by the Court as provided below.

1. Plaintiff shall file and serve her motion for preliminary injunction on or before **August 12, 2016**.

2. The hearing on the motion shall be set for **September 14, 2016** at 10:00 a.m. in Courtroom 26.

1      3.    Wells Fargo's opposition to the motion shall be filed and served no later than
2  August 31, 2016, with a courtesy copy delivered to plaintiff via e-mail on August 31.
3      4.    Plaintiff's reply shall be filed and served no later than September 7, 2016, with a
4  courtesy copy delivered to Wells Fargo's counsel on September 7.

7  Dated: June 21, 2016

                                                    _/s/ Allison Claire_
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER RE: STIPULATION RE: MOTION FOR PRELIMINARY INJUNCTION**

on the interested parties in said case as follows:

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| **Served By Means Other than Electronically Via the Court's CM/ECF System:** | **Served Electronically Via the Court's CM/ECF System:** |
|---|---|
| *Plaintiff in Pro Per:* | *Counsel for Defendant NBS Default Services, LLC:* |
| Corecia Davis<br>9732 Collie Way<br>Elk Grove, CA  95757<br><br>Tel:  (209) 542-3999 | Stephen T. Hicklin, Esq.<br>BUCKLEY MADOLE, P.C.<br>301 E. Ocean Drive, Suite 1720<br>Long Beach, CA  90802<br><br>Tel:  (562) 983-5363<br>Fax:  (562) 983-5363 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on June 20, 2016.

| Kimberly Wooten | */s/ Kimberly Wooten* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |