UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORECIA DAVIS,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO, N.A., NBS DEFAULT SERVICES, LLC, TITLE 365 and DOES 1 THROUGH 20, inclusive,<br><br>        Defendants. | No.  2:16-cv-00890 JAM AC<br><br><br>ORDER |

The Defendant's pending Motion to Dismiss and Plaintiff's pending Motion for Preliminary Injunction currently scheduled for hearing September 14, 2016, must be rescheduled because of changes in the court's calendar.

Accordingly, IT IS HEREBY ORDERED that:

The hearing on these motions is CONTINUED to October 19, 2016, at 10:00 a.m.

DATED: September 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE