Leigh O. Curran (# 173322)
  lcurran@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., ("Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORECIA DAVIS, | CASE NO.: 2:16-cv-00890-JAM-AC |
| Plaintiff, | **ORDER RE: DISMISSAL** |
| v. | |
| WELLS FARGO BANK, N.A., NBS DEFAULT SERVICES, LLC, TITLE 365 and DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

The Court has considered the stipulation entered into between Corecia Davis, plaintiff in pro se, and counsel for defendant Wells Fargo Bank, N.A. Good cause appearing, the Court orders that the case is dismissed with prejudice.

Dated: November 2, 2017

_allison Clare_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE